UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA,

       -v.-

DAVE
~~DAVID~~ C. BROWN,

          Defendant.
------------------------------X

[Stamp: U.S. DISTRICT COURT FILED W.P. SEP 21 2005 FELONY INFORMATION S.D.N.Y.]

ORIGINAL

05 Cr.

**05 CRIM. 987**

COUNTS ONE THROUGH FOUR

(Aiding and Assisting the Filing of False Returns)

The United States Attorney charges:

Background

1.  At all times relevant to this Information, DAVE ~~DAVID~~ C. BROWN, the defendant, was in the business of preparing tax returns for individuals (the "Clients"). At all relevant times, Brown operated this business in Yonkers, New York, under the name Dade Financial Service.

2.  As part of his tax preparation business, DAVE ~~DAVID~~ C. BROWN, the defendant, prepared hundreds of individual federal income tax returns for the Clients, including returns for the tax years 1999 through 2002.

3.  When preparing individual income tax returns for the Clients, DAVE ~~DAVID~~ C. BROWN, the defendant, did not rely on the expense and deduction information provided by the Clients, but inflated their personal expenses and deductions, created false Schedule C businesses, and false Schedule E rental real estate deductions, thereby creating thousands of dollars of wholly fictitious expenses and deductions, which served to lower the

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

Clients' ultimate tax liabilities. The inflated and fictitious personal expenses and deductions, which related to items such as charitable contributions, job-related and miscellaneous expenses, and medical expenses, were included on schedules attached to the Clients' individual tax returns.

   4. In or about April 2003, a Special Agent with the Internal Revenue Service, acting in an undercover capacity ("UCA"), met with ~~DAVID~~ DAVE C. BROWN at his office located in Yonkers, New York. During the secretly recorded meeting, the UCA requested Brown to prepare a federal income tax return. As a result of the meeting, ~~DAVID~~ DAVE C. BROWN prepared a tax return for the UCA in which he unilaterally created fictitious itemized deductions totaling several thousand dollars.

   5. Between in or about 1999 through in or about April 2003, ~~DAVID~~ DAVE C. BROWN, the defendant, created and placed on the Clients' returns several hundred thousand dollars of falsely inflated and wholly fictitious expenses. BROWN completed these falsified individual returns as tax preparer, and provided them to the Clients for signing and filing. By doing so, BROWN enabled Clients filing these fraudulent returns to receive over one hundred and fifty thousand dollars in income tax refunds to which the Clients were not lawfully entitled. Among the Clients for whom BROWN prepared fraudulent tax returns are those listed below as Clients 1 through 4.

Statutory Allegations

   6. On or about the dates set forth below, in the Southern District of New York and elsewhere, ~~DAVID~~ DAVE C. BROWN, the

2

defendant, unlawfully, willfully and knowingly did aid and assist in, and procure, counsel and advise, the preparation and presentation under, and in connection with matters arising under, the internal revenue laws, of United States Individual Income Tax Returns, Forms 1040, and accompanying schedules, for the taxpayers named below, and for the tax years listed below, which returns were false and fraudulent as to material matters, in that the returns reported that the taxpayers were entitled under the internal revenue laws to claim deductions for the items and in the amount set forth below, whereas, ~~DAVID~~ DAVE C. BROWN, the defendant, then and there knew that the taxpayers had not incurred the expenses in the amounts set forth below, and were not entitled to claim the deductions for the items in the amounts as set forth below:

| COUNT | APPROX. FILING DATE | TAXPAYER | FORM/YEAR | MATERIAL MATTER | IMPROPER DEDUCTION CLAIMED |
|---|---|---|---|---|---|
| 1 | 5/22/00 | Client 1 | 1040 - 1998 | Gifts to Charity | $ 7,650 |
| | | | | Misc. Deductions | $ 23,290 |
| 2 | 4/16/01 | Client 2 | 1040 - 1999 | Gifts to Charity | $ 4,760 |
| | | | | Misc. Deductions | $ 20,180 |
| 3 | 9/23/02 | Client 3 | 1040 - 2000 | Gifts to Charity | $ 7,030 |
| | | | | Misc. Deductions | $ 17,040 |
| 4 | 3/24/03 | Client 4 | 1040 - 2002 | Gifts to Charity | $ 5,986 |
| | | | | Misc. Deductions | $ 17,040 |

_[signature]_
MICHAEL J. GARCIA
United States Attorney

3